01-15-00261-CR

CAUSE NO. 74039

THE STATE OF TEXAS            412th District Court

vs                               of

LAWRENCE FLOYD MILLER, III     Brazoria County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 2:06:59 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 18TH day of March, 2014, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, First Judicial District.

Date of Judgment or Other Order Appealed From: 2/25/15

Date of Sentencing: 2/25/15

Name of Trial Court Judge:    W. Edwin Denman

Name of Court Reporter:      Jill Friedrichs

Name and Address of Defense Attorney on Appeal:
                 Cary M. Faden
                 77 Sugar Creek Center Blvd. Suite 230
                 Sugar Land, Texas 77478

Name and Address of Attorney for the State on Appeal:
                 Jeri Yenne, District Attorney
                 Brazoria County Courthouse
                 111 East Locust, Suite 408-A
                 Angleton, TX 77515

Defendant Incarcerated?      Yes

Motion for New Trial Filed? No

Appeal Bond: No      Date N/A

Offense and Punishment: DRIVING WHILE INTOXICATED 3RD OR MORE

                          RHONDA BARCHAK, District Clerk

                          By /S/ Kathleen McDougald, Deputy